## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cynthia Rivers                                    CHAPTER 13

               Debtor(s)

BKY. NO. 22-10871 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE
AGENCY and index same on the master mailing list.


Respectfully submitted,


/s/Rebecca Solarz

Rebecca Solarz
06 Apr 2022, 16:30:34, EDT


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322