SA GREEN-HARVEY - E038099                            01/14/22      Check No  RA555769

| bor Earnings | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| rsonal Assistance Servic | 110 | 1,531.20 | 1,531.20 | Total Earnings | 1,531.20 | 1,531.20 |
| | | | | Social Security-Employee | -94.93 | -94.93 |
| | | | | Medicare-Employee | -22.20 | -22.20 |
| | | | | Pennsylvania State Tax | -47.01 | -47.01 |
| | | | | Pennsylvania Unemploy.- | -0.92 | -0.92 |
| | | | | Local Tax | -58.80 | -58.80 |
| | | | | PA UHWP Mbr | -20.00 | -20.00 |
| tal Labor Earnings | | 1,531.20 | | Net Pay | 1,287.34 | 1,287.34 |

| ther Information | This Check | YTD Amount | Balance | Payment Method | Amount |
|---|---|---|---|---|---|
| | | | | Checking: Ending in 5141 | 1,287.34 |

| ax Auth. Information | Filing Status | Allow. | Credits | Extra W/H | Rate Information | Amount |
|---|---|---|---|---|---|---|
| ederal Government | SINGLE | | | | Personal Assistance Services | 13.92 |
| A State Government | SINGLE | | | | | |

| lient(s) Served | | Period Start | Period End |
|---|---|---|---|
| 045108 - GARRY MCKIM | | 12/19/21 | 01/01/22 |

**ick Leave**

| | |
|---|---|
| ccrued | 0.00 |
| sed | 0.00 |
| alance | 0.00 |

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102
MEDFORD, MA  02155
Phone: 1-877-908-1750

**Citizens Bank**

01/14/22

***********************0.00

VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOI

Payable to:     LISA GREEN-HARVEY
                1219 68TH AVENUE
                PHILADELPHIA, PA  19126

Void After 90 Days

LISA GREEN-HARVEY - E038099                                01/28/22        Check No  RA559344

| Labor Earnings | Units | This Check | YTD Amount |
|---|---|---|---|
| Personal Assistance Servic | 112 | 1,559.04 | 3,090.24 |
| Total Labor Earnings | | 1,559.04 | |

| Payments | This Check | YTD Amount |
|---|---|---|
| Total Earnings | 1,559.04 | 3,090.24 |
| Social Security-Employee | -96.66 | -191.59 |
| Medicare-Employee | -22.61 | -44.81 |
| Pennsylvania State Tax | -47.86 | -94.87 |
| Pennsylvania Unemploy.- | -0.94 | -1.86 |
| Local Tax | -59.86 | -118.66 |
| PA UHWP Mbr | -20.00 | -40.00 |
| Net Pay | 1,311.11 | 2,598.45 |

| Other Information | This Check | YTD Amount | Balance |
|---|---|---|---|

| Tax Auth. Information | Filing Status | Allow. | Credits | Extra W/H |
|---|---|---|---|---|
| Federal Government | SINGLE | | | |
| PA State Government | SINGLE | | | |

| Payment Method | Amount |
|---|---|
| Checking: Ending in 5141 | 1,311.11 |

| Rate Information | Amount |
|---|---|
| Personal Assistance Services | 13.92 |

| Client(s) Served | Period Start | Period End |
|---|---|---|
| C045108 - GARRY MCKIM | 01/02/22 | 01/15/22 |

**Sick Leave**
Accrued  0.00
Used     0.00
Balance  0.00

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102
MEDFORD, MA  02155
Phone: 1-877-908-1750

**Citizens Bank**

01/28/22

**********************0.00

VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOI

Payable to:   LISA GREEN-HARVEY
              1219 68TH AVENUE
              PHILADELPHIA, PA  19126

Vold After 90 Days

LISA GREEN-HARVEY - E038099                             02/11/22      Check No  RA563210

| Labor Earnings | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Personal Assistance Servic | 112 | 1,559.04 | 4,649.28 | Total Earnings | 1,559.04 | 4,649.28 |
| | | | | Social Security-Employee | -96.66 | -288.25 |
| | | | | Medicare-Employee | -22.61 | -67.42 |
| | | | | Pennsylvania State Tax | -47.86 | -142.73 |
| | | | | Pennsylvania Unemploy.- | -0.94 | -2.80 |
| | | | | Local Tax | -59.86 | -178.52 |
| | | | | PA UHWP Mbr | -20.00 | -60.00 |
| Total Labor Earnings | | 1,559.04 | | Net Pay | 1,311.11 | 3,909.56 |

| Other Information | This Check | YTD Amount | Balance | Payment Method | Amount |
|---|---|---|---|---|---|
| | | | | Checking: Ending in 5141 | 1,311.11 |

| Tax Auth. Information | Filing Status | Allow. | Credits | Extra W/H | Rate Information | Amount |
|---|---|---|---|---|---|---|
| Federal Government | SINGLE | | | | Personal Assistance Services | 13.92 |
| PA State Government | SINGLE | | | | | |

| Client(s) Served | Period Start | Period End |
|---|---|---|
| C045108 - GARRY MCKIM | 01/16/22 | 01/29/22 |

**Sick Leave**
Accrued    0.00
Used       0.00
Balance    0.00

PUBLIC PARTNERSHIPS LLC                                 **Citizens Bank**
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102                                                                    02/11/22
MEDFORD, MA  02155
Phone: 1-877-908-1750
                                                                    ************************0.00

VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOI

Payable to:    LISA GREEN-HARVEY                         Void After 90 Days
               1219 68TH AVENUE
               PHILADELPHIA, PA  19126

LISA GREEN-HARVEY    E038099                    02/25/22        Check No. RA565590

| Labor Earnings | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Personal Assistance Servic | 112 | 1,559.04 | 6,208.32 | Total Earnings | 1,559.04 | 6,208.32 |
| | | | | Social Security-Employee | -96.66 | -384.91 |
| | | | | Medicare-Employee | -22.61 | -90.03 |
| | | | | Pennsylvania State Tax | -47.86 | -190.59 |
| | | | | Pennsylvania Unemploy.- | -0.94 | -3.74 |
| | | | | Local Tax | -59.86 | -238.38 |
| | | | | PA UHWP Mbr | -20.00 | -80.00 |
| Total Labor Earnings | | 1,559.04 | | Net Pay | 1,311.11 | 5,220.67 |

| Other Information | This Check | YTD Amount | Balance | Payment Method | Amount |
|---|---|---|---|---|---|
| | | | | Checking: Ending in 5141 | 1,311.11 |

| Tax Auth. Information | Filing Status | Allow. | Credits | Extra W/H | Rate Information | Amount |
|---|---|---|---|---|---|---|
| Federal Government | SINGLE | | | | Personal Assistance Services | 13.92 |
| PA State Government | SINGLE | | | | | |

| Client(s) Served | Period Start | Period End |
|---|---|---|
| C045108 - GARRY MCKIM | 01/30/22 | 02/12/22 |

**Sick Leave**

| | |
|---|---|
| Accrued | 0.00 |
| Used | 0.00 |
| Balance | 0.00 |

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102
MEDFORD, MA  02155
Phone: 1-877-908-1750

**Citizens Bank**

02/25/22

**********************0.00

VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOI

Payable to:    LISA GREEN-HARVEY
               1219 68TH AVENUE
               PHILADELPHIA, PA  19126

Void After 90 Days

LISA GREEN-HARVEY - E038099                              01/28/22    Check No  RA801826

| Labor Earnings | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Personal Assistance Servic | 24 | 334.08 | 1,896.60 | Total Earnings | 334.08 | 1,896.60 |
| | | | | Social Security-Employee | -20.71 | -117.59 |
| | | | | Medicare-Employee | -4.84 | -27.50 |
| | | | | Pennsylvania State Tax | -10.26 | -58.22 |
| | | | | Pennsylvania Unemploy.- | -0.20 | -1.14 |
| | | | | Local Tax | -12.83 | -72.83 |
| | | | | PA UHWP Mbr | -5.01 | -28.45 |
| Total Labor Earnings | | 334.08 | | Net Pay | 280.23 | 1,590.87 |

| Other Information | This Check | YTD Amount | Balance | Payment Method | Amount |
|---|---|---|---|---|---|
| | | | | Checking: Ending in 8699 | 280.23 |

| Tax Auth. Information | Filing Status | Allow. | Credits | Extra W/H | Rate Information | Amount |
|---|---|---|---|---|---|---|
| Federal Government | SINGLE | | | | Personal Assistance Services | 13.92 |
| PA State Government | SINGLE | | | | | |

| Client(s) Served | Period Start | Period End |
|---|---|---|
| C045176 - ERNEST MCQUEEN | 01/02/22 | 01/15/22 |

**Sick Leave**
Accrued    0.00
Used       0.00
Balance    0.00

PUBLIC PARTNERSHIPS LLC                                                    **Citizens Bank**
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102                                                                                01/28/22
MEDFORD, MA  02155
Phone: 1-877-908-1750

                                                                        ***********************0.00

VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOI

Payable to:    LISA GREEN-HARVEY                                         Void After 90 Days
               1219 68TH AVENUE
               PHILADELPHIA, PA  19126

| Labor Earnings | Units | This Check | YTD Amount |
|---|---|---|---|
| Personal Assistance Servic | 78 | 1,085.76 | 2,982.36 |

| Payments | This Check | YTD Amount |
|---|---|---|
| Total Earnings | 1,085.76 | 2,982.36 |
| Social Security-Employee | -67.32 | -184.91 |
| Medicare-Employee | -15.74 | -43.24 |
| Pennsylvania State Tax | -33.33 | -91.55 |
| Pennsylvania Unemploy.- | -0.65 | -1.79 |
| Local Tax | -41.69 | -114.52 |
| PA UHWP Mbr | -16.29 | -44.74 |
| Net Pay | 910.74 | 2,501.61 |

| Total Labor Earnings | | 1,085.76 | |
|---|---|---|---|

| Employer Information | This Check | YTD Amount | Balance |
|---|---|---|---|

| Auth. Information | Filing Status | Allow. | Credits | Extra W/H |
|---|---|---|---|---|
| Federal Government | SINGLE | | | |
| State Government | SINGLE | | | |

| Payment Method | Amount |
|---|---|
| Checking: Ending in 8699 | 910.74 |

| Rate Information | Amount |
|---|---|
| Personal Assistance Services | 13.92 |

| Client(s) Served | Period Start | Period End |
|---|---|---|
| 176 - ERNEST MCQUEEN | 01/16/22 | 01/29/22 |

Leave

| Used | 0.00 |
| | 0.00 |
| Available | 0.00 |

PUBLIC PARTNERSHIPS LLC
AGENT FOR EMPLOYER
CABOT ROAD, STE 102
MEDFORD, MA 02155
Phone: 1-877-908-1750

**Citizens Bank**

02/11/22

VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOI

**********************0.00

Payable to:　LISA GREEN-HARVEY
　　　　　　1219 68TH AVENUE
　　　　　　PHILADELPHIA, PA 19126

Void After 90 Days

| Labor Earnings | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Personal Assistance Servic | 6 | 83.52 | 3,065.88 | Total Earnings | 83.52 | 3,065.88 |
|  |  |  |  | Social Security-Employee | -5.18 | -190.09 |
|  |  |  |  | Medicare-Employee | -1.21 | -44.45 |
|  |  |  |  | Pennsylvania State Tax | -2.56 | -94.11 |
|  |  |  |  | Pennsylvania Unemploy.- | -0.05 | -1.84 |
|  |  |  |  | Local Tax | -3.21 | -117.73 |
|  |  |  |  | PA UHWP Mbr | -1.25 | -45.99 |
| Total Labor Earnings |  | 83.52 |  | Net Pay | 70.06 | 2,571.67 |

| Other Information | This Check | YTD Amount | Balance | Payment Method | Amount |
|---|---|---|---|---|---|
|  |  |  |  | Checking: Ending in 8699 | 70.06 |

| Tax Auth. Information | Filing Status | Allow. | Credits | Extra W/H | Rate Information | Amount |
|---|---|---|---|---|---|---|
| Federal Government | SINGLE |  |  |  | Personal Assistance Services | 13.92 |
| PA State Government | SINGLE |  |  |  |  |  |

| Client(s) Served | Period Start | Period End |
|---|---|---|
| C045176 - ERNEST MCQUEEN | 01/16/22 | 01/29/22 |

**Sick Leave**

Accrued    0.00
Used       0.00
Balance    0.00

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102
MEDFORD, MA  02155
Phone: 1-877-908-1750

**Citizens Bank**

02/18/22

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*0.00

VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOI

Payable to:    LISA GREEN-HARVEY
               1219 68TH AVENUE
               PHILADELPHIA, PA  19126

Void After 90 Days

| Labor Earnings | Units | This Check | YTD Amount | | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|---|
| Personal Assistance Servic | 84 | 1,169.28 | 4,235.16 | | Total Earnings | 1,169.28 | 4,235.16 |
| | | | | | Social Security-Employee | -72.50 | -262.59 |
| | | | | | Medicare-Employee | -16.95 | -61.40 |
| | | | | | Pennsylvania State Tax | -35.90 | -130.01 |
| | | | | | Pennsylvania Unemploy.- | -0.70 | -2.54 |
| | | | | | Local Tax | -44.90 | -162.63 |
| | | | | | PA UHWP Mbr | -17.54 | -63.53 |
| Total Labor Earnings | | 1,169.28 | | | Net Pay | 980.79 | 3,552.46 |

| Other Information | This Check | YTD Amount | Balance | | Payment Method | Amount |
|---|---|---|---|---|---|---|
| | | | | | Checking: Ending in 8699 | 980.79 |
| Tax Auth. Information | Filing Status | Allow. | Credits | Extra W/H | Rate Information | Amount |
| Federal Government | SINGLE | | | | Personal Assistance Services | 13.92 |
| PA State Government | SINGLE | | | | | |

| Client(s) Served | Period Start | Period End |
|---|---|---|
| C045176 - ERNEST MCQUEEN | 01/30/22 | 02/12/22 |

**Sick Leave**

| | |
|---|---|
| Accrued | 0.00 |
| Used | 0.00 |
| Balance | 0.00 |

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102
MEDFORD, MA  02155
Phone: 1-877-908-1750

Citizens Bank

02/25/22

************************0.00

VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOI

Payable to:    LISA GREEN-HARVEY
1219 68TH AVENUE
PHILADELPHIA, PA  19126

Void After 90 Days

GREEN-HARVEY, LISA - E038099      January 28, 2022      Check No RA801700

| Labor Earnings For Period: 01/02/2022 - 01/15/2022 | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Personal Assistance Services | 36.00 | 501.12 | 1562.52 | Total Earnings | 501.12 | 1562.52 |
| | | | | Local Tax | -19.24 | -60.00 |
| | | | | Medicare-Employee | -7.27 | -22.66 |
| | | | | PA UHWP Mbr | -7.52 | -23.44 |
| | | | | Pennsylvania State Tax | -15.38 | -47.96 |
| | | | | Pennsylvania Unemploy.- | -0.30 | -0.94 |
| | | | | Social Security-Employee | -31.07 | -96.88 |

| | | | | Net Pay | 420.34 | 1310.64 |
|---|---|---|---|---|---|---|
| | | | | Payment Method | | Amount |
| **Total Labor Earnings** | | 501.12 | 1562.52 | Checking:Ending in 8699 | | 420.34 |

Time and Invoices Paid

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C045176 | | MCQUEEN | ERNEST | 01/02/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/03/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/04/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/05/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/06/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/07/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |

**Ship To Address**

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102

MEDFORD, MA 02155
Phone: 1-877-908-1750

**Citizens Bank**      RA801700

January 28, 2022

*******************420.34

FOUR HUNDRED TWENTY DOLLARS & 34/100 CENTS

Payable to:   LISA GREEN-HARVEY
1219 68TH AVENUE
PHILADELPHIA, PA 19126

Voiding after 90 days

THIS IS NOT A CHECK

NON-NEGOTIABLE

GREEN-HARVEY, LISA - E038099   January 28, 2022   Check No RA801826

| Labor Earnings For Period: 01/02/2022 - 01/15/2022 | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Personal Assistance Services | 24.00 | 334.08 | 1896.60 | Total Earnings | 334.08 | 1896.60 |
|  |  |  |  | Local Tax | -12.83 | -72.83 |
|  |  |  |  | Medicare-Employee | -4.84 | -27.50 |
|  |  |  |  | PA UHWP Mbr | -5.01 | -28.45 |
|  |  |  |  | Pennsylvania State Tax | -10.26 | -58.22 |
|  |  |  |  | Pennsylvania Unemploy.- | -0.20 | -1.14 |
|  |  |  |  | Social Security-Employee | -20.71 | -117.59 |

| | | | | Net Pay | 280.23 | 1590.87 |
|---|---|---|---|---|---|---|
| | | | | Payment Method | | Amount |
| **Total Labor Earnings** | | **334.08** | **1896.60** | Checking:Ending in 8699 | | 280.23 |

Time and Invoices Paid

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C045176 | | MCQUEEN | ERNEST | 01/08/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/09/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/10/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/15/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |

---

**Ship To Address**
PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102

MEDFORD, MA 02155
Phone: 1-877-908-1750

**Citizens Bank**

RA801826

January 28, 2022

********************280.23

TWO HUNDRED EIGHTY DOLLARS & 23/100 CENTS

Payable to:   LISA GREEN-HARVEY
              1219 68TH AVENUE
              PHILADELPHIA, PA 19126

Voiding after 90 days

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

GREEN-HARVEY, LISA - E038099     February 25, 2022     Check No RA808133

| Labor Earnings For Period: 01/30/2022 - 02/12/2022 | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Personal Assistance Services | 84.00 | 1169.28 | 4235.16 | Total Earnings | 1169.28 | 4235.16 |
| | | | | Local Tax | -44.90 | -162.63 |
| | | | | Medicare-Employee | -16.95 | -61.40 |
| | | | | PA UHWP Mbr | -17.54 | -63.53 |
| | | | | Pennsylvania State Tax | -35.90 | -130.01 |
| | | | | Pennsylvania Unemploy.- | -0.70 | -2.54 |
| | | | | Social Security-Employee | -72.50 | -262.59 |

| | | | | Net Pay | 980.79 | 3552.46 |
|---|---|---|---|---|---|---|
| | | | | Payment Method | | Amount |
| Total Labor Earnings | | 1169.28 | 4235.16 | Checking:Ending in 8699 | | 980.79 |

Time and Invoices Paid

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C045176 | | MCQUEEN | ERNEST | 01/30/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/31/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/01/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/02/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/03/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/04/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/05/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/06/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/07/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/08/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/09/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/10/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/11/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/12/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |

Ship To Address
PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102

MEDFORD, MA 02155
Phone: 1-877-908-1750

Citizens Bank

RA808133

February 25, 2022

********************980.79

NINE HUNDRED EIGHTY DOLLARS & 79/100 CENTS

THIS IS NOT A CHECK

Payable to:    LISA GREEN-HARVEY
1219 68TH AVENUE
PHILADELPHIA, PA 19126

Voiding after 90 days

NON-NEGOTIABLE

GREEN-HARVEY, LISA - E038099     February 18, 2022     Check No RA806796

| Labor Earnings For Period: 01/16/2022 - 01/29/2022 | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Personal Assistance Services | 6.00 | 83.52 | 3065.88 | Total Earnings | 83.52 | 3065.88 |
| | | | | Local Tax | -3.21 | -117.73 |
| | | | | Medicare-Employee | -1.21 | -44.45 |
| | | | | PA UHWP Mbr | -1.25 | -45.99 |
| | | | | Pennsylvania State Tax | -2.56 | -94.11 |
| | | | | Pennsylvania Unemploy.- | -0.05 | -1.84 |
| | | | | Social Security-Employee | -5.18 | -190.09 |

| | | | | Net Pay | 70.06 | 2571.67 |
|---|---|---|---|---|---|---|
| | | | | **Payment Method** | | **Amount** |
| **Total Labor Earnings** | | 83.52 | 3065.88 | Checking:Ending In 8699 | | 70.06 |

Time and Invoices Paid

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C045176 | | MCQUEEN | ERNEST | 01/29/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |

---

**Ship To Address**      Citizens Bank      **RA806796**

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102

February 18, 2022

MEDFORD, MA 02155
Phone: 1-877-908-1750      ********************70.06

SEVENTY DOLLARS & 6/100 CENTS

Payable to:    LISA GREEN-HARVEY
               1219 68TH AVENUE
               PHILADELPHIA, PA 19126

Voiding after 90 days

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

GREEN-HARVEY, LISA - E038099     February 11, 2022     Check No  RA805595

| Labor Earnings For Period: 01/16/2022 - 01/29/2022 | Units | This Check | YTD Amount |
|---|---|---|---|
| Personal Assistance Services | 78.00 | 1085.76 | 2982.36 |

| Payments | This Check | YTD Amount |
|---|---|---|
| Total Earnings | 1085.76 | 2982.36 |
| Local Tax | -41.69 | -114.52 |
| Medicare-Employee | -15.74 | -43.24 |
| PA UHWP Mbr | -16.29 | -44.74 |
| Pennsylvania State Tax | -33.33 | -91.55 |
| Pennsylvania Unemploy.- | -0.65 | -1.79 |
| Social Security-Employee | -67.32 | -184.91 |

Net Pay: 910.74    2501.61

| Payment Method | Amount |
|---|---|
| Checking: Ending in 8699 | 910.74 |

**Total Labor Earnings**    1085.76    2982.36

Time and Invoices Paid

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C045176 | | MCQUEEN | ERNEST | 01/16/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/17/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/18/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/19/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/20/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/21/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/22/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/23/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/24/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/25/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/26/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/27/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/28/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |

---

**Ship To Address**
PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102
MEDFORD, MA 02155
Phone: 1-877-908-1750

Citizens Bank

RA805595

February 11, 2022

************910.74

NINE HUNDRED TEN DOLLARS & 74/100 CENTS

Payable to:  LISA GREEN-HARVEY
1219 68TH AVENUE
PHILADELPHIA, PA 19126

Voiding after 90 days

THIS IS NOT A CHECK

NON-NEGOTIABLE

**GREEN-HARVEY, LISA - E038099**  February 25, 2022  **Check No** RA808133

| Labor Earnings For Period: 01/30/2022 - 02/12/2022 | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Personal Assistance Services | 84.00 | 1169.28 | 4235.16 | Total Earnings | 1169.28 | 4235.16 |
| | | | | Local Tax | -44.90 | -162.63 |
| | | | | Medicare-Employee | -16.95 | -61.40 |
| | | | | PA UHWP Mbr | -17.54 | -63.53 |
| | | | | Pennsylvania State Tax | -35.90 | -130.01 |
| | | | | Pennsylvania Unemploy.- | -0.70 | -2.54 |
| | | | | Social Security-Employee | -72.50 | -262.59 |

| | | | | Net Pay | 980.79 | 3552.46 |
|---|---|---|---|---|---|---|
| | | | | Payment Method | | Amount |
| **Total Labor Earnings** | | 1169.28 | 4235.16 | Checking:Ending in 8699 | | 980.79 |

**Time and Invoices Paid**

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C045176 | | MCQUEEN | ERNEST | 01/30/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 01/31/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/01/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/02/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/03/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/04/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/05/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/06/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/07/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/08/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/09/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/10/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/11/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |
| C045176 | | MCQUEEN | ERNEST | 02/12/2022 | Personal Assistance Services | 6.00 | 13.920 | 83.52 |

**Ship To Address**  **Citizens Bank**  RA808133
PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102  February 25, 2022

MEDFORD, MA 02155
Phone: 1-877-908-1750  ********************980.79

NINE HUNDRED EIGHTY DOLLARS & 79/100 CENTS

Payable to:  LISA GREEN-HARVEY
1219 68TH AVENUE
PHILADELPHIA, PA 19126

Voiding after 90 days

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**GREEN-HARVEY, LISA - E038099**

March 11, 2022

**Check No** RA813166

| Labor Earnings For Period: 02/13/2022 - 02/26/2022 | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Personal Assistance Services | 84.00 | 1262.52 | 5497.68 | Total Earnings | 1262.52 | 5497.68 |
| | | | | Local Tax | -48.48 | -211.11 |
| | | | | Medicare-Employee | -18.31 | -79.71 |
| | | | | PA UHWP Mbr | -18.94 | -82.47 |
| | | | | Pennsylvania State Tax | -38.76 | -168.77 |
| | | | | Pennsylvania Unemploy.- | -0.76 | -3.30 |
| | | | | Social Security-Employee | -78.28 | -340.87 |

| | | | | Net Pay | 1058.99 | 4611.45 |
|---|---|---|---|---|---|---|
| | | | | **Payment Method** | | **Amount** |
| **Total Labor Earnings** | | 1262.52 | 5497.68 | Checking:Ending In 8699 | | 1058.99 |

**Time and Invoices Paid**

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C045176 | | MCQUEEN | ERNEST | 02/13/2022 | Personal Assistance Services | 6.00 | 15.030 | 90.18 |
| C045176 | | MCQUEEN | ERNEST | 02/14/2022 | Personal Assistance Services | 6.00 | 15.030 | 90.18 |
| C045176 | | MCQUEEN | ERNEST | 02/15/2022 | Personal Assistance Services | 6.00 | 15.030 | 90.18 |
| C045176 | | MCQUEEN | ERNEST | 02/16/2022 | Personal Assistance Services | 6.00 | 15.030 | 90.18 |
| C045176 | | MCQUEEN | ERNEST | 02/17/2022 | Personal Assistance Services | 6.00 | 15.030 | 90.18 |
| C045176 | | MCQUEEN | ERNEST | 02/18/2022 | Personal Assistance Services | 6.00 | 15.030 | 90.18 |
| C045176 | | MCQUEEN | ERNEST | 02/19/2022 | Personal Assistance Services | 6.00 | 15.030 | 90.18 |
| C045176 | | MCQUEEN | ERNEST | 02/20/2022 | Personal Assistance Services | 6.00 | 15.030 | 90.18 |
| C045176 | | MCQUEEN | ERNEST | 02/21/2022 | Personal Assistance Services | 6.00 | 15.030 | 90.18 |
| C045176 | | MCQUEEN | ERNEST | 02/22/2022 | Personal Assistance Services | 6.00 | 15.030 | 90.18 |
| C045176 | | MCQUEEN | ERNEST | 02/23/2022 | Personal Assistance Services | 6.00 | 15.030 | 90.18 |
| C045176 | | MCQUEEN | ERNEST | 02/24/2022 | Personal Assistance Services | 6.00 | 15.030 | 90.18 |
| C045176 | | MCQUEEN | ERNEST | 02/25/2022 | Personal Assistance Services | 6.00 | 15.030 | 90.18 |
| C045176 | | MCQUEEN | ERNEST | 02/26/2022 | Personal Assistance Services | 6.00 | 15.030 | 90.18 |

**Ship To Address**

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102

MEDFORD, MA 02155
Phone: 1-877-908-1750

Citizens Bank

RA813166

March 11, 2022

********************1,058.99

ONE THOUSAND FIFTY-EIGHT DOLLARS & 99/100 CENTS

**THIS IS NOT A CHECK**

Payable to:    LISA GREEN-HARVEY
1219 68TH AVENUE
PHILADELPHIA, PA  19126

Voiding after 90 days

**NON-NEGOTIABLE**

GREEN-HARVEY, LISA - E038099     February 25, 2022     Check No RA565590

| Labor Earnings For Period:<br>01/30/2022 - 02/12/2022 | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Personal Assistance Services | 112.00 | 1559.04 | 6208.32 | Total Earnings | 1559.04 | 6208.32 |
| | | | | Local Tax | -59.86 | -238.38 |
| | | | | Medicare-Employee | -22.61 | -90.03 |
| | | | | PA UHWP Mbr | -20.00 | -80.00 |
| | | | | Pennsylvania State Tax | -47.86 | -190.59 |
| | | | | Pennsylvania Unemploy.- | -0.94 | -3.74 |
| | | | | Social Security-Employee | -96.66 | -384.91 |

| | | | | Net Pay | 1311.11 | 5220.67 |
|---|---|---|---|---|---|---|
| | | | | Payment Method | | Amount |
| Total Labor Earnings | | 1559.04 | 6208.32 | Checking:Ending in 5141 | | 1311.11 |

Time and Invoices Paid

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C045108 | | MCKIM | GARRY | 01/30/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/31/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/01/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/02/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/03/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/04/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/05/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/06/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/07/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/08/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/09/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/10/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/11/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/12/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |

---

**Ship To Address**
PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102

MEDFORD, MA 02155
Phone: 1-877-908-1750

**Citizens Bank**

RA565590

February 25, 2022

*******************1,311.11

ONE THOUSAND THREE HUNDRED ELEVEN DOLLARS & 11/100 CENTS

Payable to:    LISA GREEN-HARVEY
1219 68TH AVENUE
PHILADELPHIA, PA 19126

Voiding after 90 days

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**GREEN-HARVEY, LISA - E038099**  Check No RA563210

| Labor Earnings For Period: 01/16/2022 - 01/29/2022 | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Personal Assistance Services | 112.00 | 1559.04 | 4649.28 | Total Earnings | 1559.04 | 4649.28 |
| | | | | Local Tax | -59.86 | -178.52 |
| | | | | Medicare-Employee | -22.61 | -67.42 |
| | | | | PA UHWP Mbr | -20.00 | -60.00 |
| | | | | Pennsylvania State Tax | -47.86 | -142.73 |
| | | | | Pennsylvania Unemploy.- | -0.94 | -2.80 |
| | | | | Social Security-Employee | -96.66 | -288.25 |

| | | | | Net Pay | 1311.11 | 3909.56 |
|---|---|---|---|---|---|---|
| | | | | Payment Method | | Amount |
| **Total Labor Earnings** | | 1559.04 | 4649.28 | Checking:Ending in 5141 | | 1311.11 |

**Time and Invoices Paid**

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C045108 | | MCKIM | GARRY | 01/16/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/17/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/18/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/19/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/20/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/21/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/22/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/23/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/24/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/25/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/26/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/27/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/28/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/29/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |

**Ship To Address**
PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102

MEDFORD, MA 02155
Phone: 1-877-908-1750

**Citizens Bank**

RA563210

February 11, 2022

*******************1,311.11

ONE THOUSAND THREE HUNDRED ELEVEN DOLLARS & 11/100 CENTS

Payable to:   LISA GREEN-HARVEY
              1219 68TH AVENUE
              PHILADELPHIA, PA  19126

Voiding after 90 days

THIS IS NOT A CHECK

NON-NEGOTIABLE

**GREEN-HARVEY, LISA - E038099**              January 28, 2022                        Check No  RA559344

| Labor Earnings For Period: 01/02/2022 - 01/15/2022 | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Personal Assistance Services | 112.00 | 1559.04 | 3090.24 | Total Earnings | 1559.04 | 3090.24 |
| | | | | Local Tax | -59.86 | -118.66 |
| | | | | Medicare-Employee | -22.61 | -44.81 |
| | | | | PA UHWP Mbr | -20.00 | -40.00 |
| | | | | Pennsylvania State Tax | -47.86 | -94.87 |
| | | | | Pennsylvania Unemploy.- | -0.94 | -1.86 |
| | | | | Social Security-Employee | -96.66 | -191.59 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | | Net Pay | 1311.11 | 2598.45 |
| | | | | Payment Method | | Amount |
| **Total Labor Earnings** | | **1559.04** | **3090.24** | Checking:Ending in 5141 | | 1311.11 |

Time and Invoices Paid

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C045108 | | MCKIM | GARRY | 01/02/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/03/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/04/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/05/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/06/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/07/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/08/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/09/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/10/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/11/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/12/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/13/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/14/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/15/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |

**Ship To Address**                              Citizens Bank                                                RA559344

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102                                                                        January 28, 2022

MEDFORD, MA 02155                                                                            ******************1,311.11
Phone: 1-877-908-1750

ONE THOUSAND THREE HUNDRED ELEVEN DOLLARS & 11/100 CENTS

THIS IS NOT A CHECK

Payable to:    **LISA GREEN-HARVEY**                                                         Voiding after 90 days
               **1219 68TH AVENUE**
               **PHILADELPHIA, PA  19126**

                                                                                             **NON-NEGOTIABLE**

GREEN-HARVEY, LISA - E038099     February 25, 2022     Check No RA565590

| Labor Earnings For Period: 01/30/2022 - 02/12/2022 | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Personal Assistance Services | 112.00 | 1559.04 | 6208.32 | Total Earnings | 1559.04 | 6208.32 |
| | | | | Local Tax | -59.86 | -238.38 |
| | | | | Medicare-Employee | -22.61 | -90.03 |
| | | | | PA UHWP Mbr | -20.00 | -80.00 |
| | | | | Pennsylvania State Tax | -47.86 | -190.59 |
| | | | | Pennsylvania Unemploy.- | -0.94 | -3.74 |
| | | | | Social Security-Employee | -96.66 | -384.91 |

| | | | | Net Pay | 1311.11 | 5220.67 |
|---|---|---|---|---|---|---|
| | | | | Payment Method | | Amount |
| Total Labor Earnings | | 1559.04 | 6208.32 | Checking:Ending in 5141 | | 1311.11 |

Time and Invoices Paid

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C045108 | | MCKIM | GARRY | 01/30/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 01/31/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/01/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/02/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/03/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/04/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/05/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/06/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/07/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/08/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/09/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/10/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/11/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |
| C045108 | | MCKIM | GARRY | 02/12/2022 | Personal Assistance Services | 8.00 | 13.920 | 111.36 |

**Ship To Address**
PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102
MEDFORD, MA 02155
Phone: 1-877-908-1750

Citizens Bank

RA565590

February 25, 2022

*******************1,311.11

ONE THOUSAND THREE HUNDRED ELEVEN DOLLARS & 11/100 CENTS

Payable to:    LISA GREEN-HARVEY
1219 68TH AVENUE
PHILADELPHIA, PA 19126

THIS IS NOT A CHECK

Voiding after 90 days

NON-NEGOTIABLE

GREEN-HARVEY, LISA - E038099     March 11, 2022     Check No RA570402

| Labor Earnings For Period: 02/13/2022 - 02/26/2022 | Units | This Check | YTD Amount | Payments | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Personal Assistance Services | 112.00 | 1683.36 | 7891.68 | Total Earnings | 1683.36 | 7891.68 |
| | | | | Local Tax | -64.64 | -303.02 |
| | | | | Medicare-Employee | -24.41 | -114.44 |
| | | | | PA UHWP Mbr | -20.00 | -100.00 |
| | | | | Pennsylvania State Tax | -51.68 | -242.27 |
| | | | | Pennsylvania Unemploy.- | -1.01 | -4.75 |
| | | | | Social Security-Employee | -104.37 | -489.28 |

| | | | | Net Pay | 1417.25 | 6637.92 |
|---|---|---|---|---|---|---|
| | | | | Payment Method | | Amount |
| **Total Labor Earnings** | | 1683.36 | 7891.68 | Checking:Ending in 5141 | | 1417.25 |

Time and Invoices Paid

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C045108 | | MCKIM | GARRY | 02/13/2022 | Personal Assistance Services | 8.00 | 15.030 | 120.24 |
| C045108 | | MCKIM | GARRY | 02/14/2022 | Personal Assistance Services | 8.00 | 15.030 | 120.24 |
| C045108 | | MCKIM | GARRY | 02/15/2022 | Personal Assistance Services | 8.00 | 15.030 | 120.24 |
| C045108 | | MCKIM | GARRY | 02/16/2022 | Personal Assistance Services | 8.00 | 15.030 | 120.24 |
| C045108 | | MCKIM | GARRY | 02/17/2022 | Personal Assistance Services | 8.00 | 15.030 | 120.24 |
| C045108 | | MCKIM | GARRY | 02/18/2022 | Personal Assistance Services | 8.00 | 15.030 | 120.24 |
| C045108 | | MCKIM | GARRY | 02/19/2022 | Personal Assistance Services | 8.00 | 15.030 | 120.24 |
| C045108 | | MCKIM | GARRY | 02/20/2022 | Personal Assistance Services | 8.00 | 15.030 | 120.24 |
| C045108 | | MCKIM | GARRY | 02/21/2022 | Personal Assistance Services | 8.00 | 15.030 | 120.24 |
| C045108 | | MCKIM | GARRY | 02/22/2022 | Personal Assistance Services | 8.00 | 15.030 | 120.24 |
| C045108 | | MCKIM | GARRY | 02/23/2022 | Personal Assistance Services | 8.00 | 15.030 | 120.24 |
| C045108 | | MCKIM | GARRY | 02/24/2022 | Personal Assistance Services | 8.00 | 15.030 | 120.24 |
| C045108 | | MCKIM | GARRY | 02/25/2022 | Personal Assistance Services | 8.00 | 15.030 | 120.24 |
| C045108 | | MCKIM | GARRY | 02/26/2022 | Personal Assistance Services | 8.00 | 15.030 | 120.24 |

Ship To Address     Citizens Bank     RA570402

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102

March 11, 2022

MEDFORD, MA 02155
Phone: 1-877-908-1750

********************1,417.25

ONE THOUSAND FOUR HUNDRED SEVENTEEN DOLLARS & 25/100 CENTS

THIS IS NOT A CHECK

Payable to:     LISA GREEN-HARVEY
1219 68TH AVENUE
PHILADELPHIA, PA 19126

Voiding after 90 days

NON-NEGOTIABLE