

04/18/2022 06:04PM 2154261044 SERVICIOS CARIBE INC PAGE 14/25











04/18/2022 06:04PM  2154261044   SERVICIOS CARIBE INC   PAGE 10/25

