**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Cynthia Rivers,** | : | **Chapter 13** |
| | : | |
| **Debtor.** | : | |
| | : | **Case No. 22-10871-mdc** |

**PRAECIPE TO WITHDRAW DOCUMENT**

To the Clerk,

Kindly withdraw document filed on 5/17/2022, docket number 18, in the case captioned above.

Dated: May 17, 2022                                     Respectfully Submitted,

       /s/ Michelle Lee_____
Michelle Lee, Esquire
Margolis Edelstein
170 S. Independence Mall W., Suite 400E
Philadelphia, PA 19014

{00362533;v1}