United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-10871-mdc
Cynthia Rivers Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 29, 2022 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia Rivers, 629 East Westmoreland, Philadelphia, PA 19134-1829 |
| 14681457 | + | American Heritage Federal Credit Union, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14682479 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14682685 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14695435 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14681466 | + | Tristate, 264 Highland Park Blvd, Wilkes Barre, PA 18702-6711 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 30 2022 00:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2022 00:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14681456 | + | Email/Text: broman@amhfcu.org | Jul 30 2022 00:49:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14699379 | | Email/Text: megan.harper@phila.gov | Jul 30 2022 00:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14681458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2022 00:56:49 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14681459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2022 00:56:47 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14681461 | + | Email/Text: convergent@ebn.phinsolutions.com | Jul 30 2022 00:49:00 | Convergent Outsourcing, Inc., Po Box 9004, Renton, WA 98057-9004 |
| 14681460 | + | Email/Text: convergent@ebn.phinsolutions.com | Jul 30 2022 00:49:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 14681462 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 30 2022 00:49:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14681463 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 30 2022 00:49:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 14681464 | | Email/Text: blegal@phfa.org | Jul 30 2022 00:49:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14697906 | + | Email/Text: blegal@phfa.org | Jul 30 2022 00:49:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14681465 | + | Email/Text: blegal@phfa.org | Jul 30 2022 00:49:00 | Pennsylvania Housing Finance Agency, 211 N |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 29, 2022 | Form ID: pdf900 | Total Noticed: 20

| | | | |
|---|---|---|---|
| 14695406 | + Email/PDF: ebn_ais@aisinfo.com | Jul 30 2022 00:56:47 | Front St, Harrisburg, PA 17101-1406<br>Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Cynthia Rivers Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  CYNTHIA RIVERS, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 22-10871 |
| | : | |
| | : | |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth West, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such

service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.    If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:  July 29, 2022

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
Chief U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CYNTHIA RIVERS, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 22-10871 |
| | : | |
| | : | |

## CERTIFICATION OF SERVICE

Michelle Lee, being duly sworn according to law, served the order reserving jurisdiction upon the following individuals listed below, by electronic means and/or first-class mail.

**cc:**   Kenneth West
    **Chapter 13 Trustee**
    **P.O. Box 1229**
    **Philadelphia, PA 19105**

    **United States Trustee**
    **833 Chestnut Street, Suite 500**
    **Philadelphia, PA 19107**

    **Cynthia Rivers**
    **629 East Westmoreland**
    **Philadelphia, PA 19134**

Date: <u>July 27, 2022</u>          Respectfully Submitted,

                    /s/ Michelle Lee
                    Michelle Lee, Esq.
                    Law Offices of Georgette Miller, Esq., P.C.
                    119 S. Easton Rd.
                    Glenside, PA 19038

**ALL ATTORNEYS OF RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the**
**ADDRESS LISTED ON FILED PROOFS OF CLAIMS**
**And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case**.